UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE J. SALEM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13 CV 7403 |
| | ) | |
| SAID GHUSEIN, NANCY GHUSEIN (a/k/a LINDA GHUSEIN), EVA'S BRIDAL OF ILLINOIS LTD., an Illinois corporation, | ) ) ) ) | Judge Milton I. Shadur |
| | ) | |
| Defendants. | ) | |

**MOTION TO COMPEL**

NOW COME the Defendants, Said Ghusein, Nancy Ghusein (a/k/a Linda Ghusein), and Eva's Bridal of Illinois Ltd., an Illinois corporation, by and through their attorneys, the Law Offices of Edward A. Cohen & Associates, P.C., and for their Motion to Compel, state as follows:

1. On November 19, 2013, an initial status hearing was held before this Court.

2. During the hearing, Defendants' counsel stated, *inter alia*, that it intended to attack the Plaintiff's claim of citizenship in New York, an essential claim to the Plaintiff's reliance on diversity of citizenship as the predicate for federal jurisdiction.

3. As a result, this Court allowed the Defendants to conduct limited discovery as to the issue of the Plaintiff's claim of citizenship, which included the deposition of the Plaintiff.

4. The Defendants attempted to schedule the Plaintiff's deposition on December 10, 2013.

1

5. However, the Plaintiff demanded that his deposition be taken according to his own conditions, which were the following:

    a. The questions will only relate to his state citizenship;

    b. The deposition will only last for one hour;

    c. The Defendants cannot be present and if this is unacceptable, then the deposition must be held in court where court personnel or witnesses are present; and

    d. The Plaintiff will not disclose his New York address but rather give the address to the Court's clerk who can keep it confidential and verify it for the Defendants.

*See Exhibit A.*

6. While the Defendants agreed that the questions will only relate to the Plaintiff's state citizenship, the remaining demands are unreasonable, disingenuous, and not in accordance with the Federal Rules of Civil Procedure and federal law.

7. The Plaintiff refuses to schedule and attend his deposition unless all of his demands are satisfied. *See Exhibit A.*

8. Based on the actions of the Plaintiff, request is hereby made for this Court to compel the Plaintiff to schedule and attend his deposition in accordance with the Federal Rules of Civil Procedure and federal law.

    WHEREFORE, the Defendants, Said Ghusein, Nancy Ghusein (a/k/a Linda Ghusein), and Eva's Bridal of Illinois Ltd., an Illinois corporation, respectfully request this Court to grant their Motion to Compel, order the Plaintiff to schedule and attend his deposition in accordance with the Federal Rules of Civil Procedure and federal law, and for any other relief this Court deems just and appropriate.

                                                            /s Edward Cohen
                                                           One of the Defendants' Attorneys

Michael Abel
Edward Cohen
Law Offices of Edward A. Cohen & Associates, P.C.
Attorneys for the Defendants
8150 W. 111th Street, Suite 16
Palos Hills, Illinois 60465
m.abel@eaclawgroup.com
ecohen@eaclawgroup.com
(708) 761-3120