**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Maurice J Salem

                    Plaintiff,

v.                                        Case No.: 1:13–cv–07403

                                                        Honorable Milton I. Shadur

Said Ghusein, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 13, 2013:

      MINUTE entry before the Honorable Milton I. Shadur: Motion hearing held on 12/13/2013. The Court finds that this case shall be dismissed for lack of subject matter jurisdiction. This case is hereby dismissed without prejudice. Defendants' motion to compel [19] is denied as moot. Status hearing set for 1/10/2014 is vacated. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.